## DRAKEFORD *v.* THE STATE.

CANDLER, J.   No complaint is made that the court committed any error of law. The evidence was sufficient to authorize the jury to find the accused guilty. The trial judge has approved their finding, and this court can not hold that there was any error in overruling the motion for a new trial.

*Judgment affirmed. ˙ By five Justices*

Argued February 17, — Decided March 12, 1903.

Indictment for burglary.. Before Judge Roan. Fulton superior court.   November 21, 1902.

*F. R. Walker,* for plaintiff in error.

*C. D. Hill, solicitor-general,* contra.

---

## ·PETTY *v.* THE STATE.

COBB, J.   No error of law being complained of, and there being sufficient evidence to warrant the verdict, the discretion of the trial judge in overruling. the motion for a new trial will not be controlled.

*Judgment affirmed.    By five Justices.*

Argued February 17, — Decided March 12, 1903.

Indictment for murder.   Before Judge Roan.   Fulton superior court.   January 17, 1902.

*Harvey Hill* and *V. A. Batchelor,* for plaintiff in˙error.

*John C. Hart, attorney-general,* and *C. D. Hill, solicitor-general,* contra.